### GORDON *v.* THE BOARD OF COMMISSIONERS OF DEARBORN COUNTY.

ATTORNEY.—*Poor Person.*—*Circuit Court.*—Where an attorney was appointed by the circuit court, upon a proper showing, to defend a poor person indicted for murder, which service was fully rendered, and said court made an allowance of two hundred dollars to the attorney for his service and ordered that the county should pay it;

*Held,* that the county was liable to the attorney for such service.

From the Dearborn Common Pleas.

*J. W. Gordon, T. M. Browne, R. N. Lamb,* and *J. N. Kimball,* for appellant.

PETTIT, J.—One Cheek was indicted for murder in Dearborn county. He was poor and unable to employ counsel to make his defence. On this being properly shown, the court appointed Gordon, a lawyer, to defend the prisoner, which service was fully rendered, and the court made him an allowance of two hundred dollars, and ordered that the county should pay it. Is the defendant liable to Gordon for his services, is the only question in this case.

The court below answered the question in the negative,

but we answer it in the affirmative, and cite *The Board of Commissioners of Fountain County* v. *Wood*, 35 Ind. 70, where the question is fully considered.

The judgment is reversed, at the costs of the appellee, with instructions to the court below to overrule the demurrer to the complaint, and for further proceedings.